Albert Ellsworth CHAPMAN, Appellant

v.

UNITED STATES.

No. 16405.

United States Court of Appeals
Eighth Circuit.

Dec. 1, 1960.

Schrempp & Lathrop, Omaha, Neb., for appellant.

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

ST. CLOUD FOUNDRY AND MACHINE COMPANY, Inc.

No. 16627.

United States Court of Appeals
Eighth Circuit.

Dec. 7, 1960.

Stuart Rothman, General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Paul G. Hoffman, St. Cloud, Minn., for respondent.

PER CURIAM.

Order of Labor Board enforced on petition of petitioner for summary entry of decree.

---

C. R. EDMONDS, Appellant

v.

AETNA CASUALTY & SURETY CO.

No. 16618.

United States Court of Appeals
Eighth Circuit.

Dec. 8, 1960.

Richard L. Pratt, Little Rock, Ark., for appellant.

Thomas J. Bonner, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal by appellant.

---

Rocco Salvatore LUPINO, Appellant

v.

UNITED STATES.

No. 16647.

United States Court of Appeals
Eighth Circuit.

Dec. 8, 1960.

Rocco Salvatore Lupino, pro se.

Fallon Kelly, U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Leave to appeal in forma pauperis denied; appeal docketed without payment of docket fee and dismissed as frivolous, D.C., 186 F.Supp. 233.